**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Julian Jodian JAMES, a/k/a Jamaica,
Defendant-Appellant.**

No. 15-7879

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2016

Decided: May 31, 2016

Julian Jodian James, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Jodian James appeals the district court's order denying her 18 U.S.C. § 3582(c) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. James, No. 6:12-cr-00013-NKM-3 (W.D. Va. Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

AFFIRMED.